King v. Asokan
Case No. 22-DR-010404
Mediated Settlement Agreement
Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TYRONE C. KING,
    Petitioner,

v.

CASE NO: 8:23-cv-203-TPB-SPF

KEERTHI ASOKAN,
    Respondent.
_____/

## MEDIATED SETTLEMENT AGREEMENT

COME NOW the Parties, TYRONE C. KING, Petitioner/Father, and KEERTHI ASOKAN, Respondent/Mother, by and through their undersigned attorneys, and pursuant to Order Scheduling Mediation Conference dated February 6, 2023, hereby state as follows:

1. The Parties are the parents of the minor child, T.A.A.K., born to Respondent/Mother, KEERTHI ASOKAN, June 2021, in Birmingham, England.

2. This cause is a pending Verified Petition for Return of the Child to the United Kingdom and Request for Issuance of Show Cause Order filed by the Petitioner/Father on or about December 21, 2022.

3. The Parties attended a Mediation Conference with the Honorable Judge Sean P. Flynn, United States Magistrate Judge, on the 7th and 8th days of March, 2023.

4. Following Mediation, the Parties came to a full resolution of the issues before the Court in the Hague Matter, as well as provisional agreements regarding timesharing with the Child to be submitted to a Court of appropriate jurisdiction in the United Kingdom.

5. In particular, without admission or prejudice to either Party with regards to their claims and defenses made in this pending matter, the Parties agree as follows:

1

King v. Asokan
Case No. 22-DR-010404
Mediated Settlement Agreement
Page 2

A. The habitual residence of the Child is the United Kingdom, and both Parties agree that all matters of parental rights, custody, visitation and relocation must be resolved by a Court of appropriate jurisdiction in the United Kingdom.

B. The Father shall expeditiously file/re-open court proceedings in the United Kingdom to resolve both Parties' custodial claims for the Child.

C. The Father shall file this agreement in any such court proceedings, and request an order approving of this agreement as a temporary order, until both parties' pending claims are resolved by the Court of the United Kingdom, i.e., the parties intend that this Agreement shall be filed in the Hague proceedings in the United States, as well as in the custodial proceedings in the United Kingdom for purposes of obtaining a "mirror order" enforcing the terms recited herein in any custodial proceedings affecting the Child brought in the United Kingdom.

D. The Mother agrees to sign any documentation necessary to evidence her voluntary acceptance of service of process of the Father's initial pleadings in the custody matter, as well as may be necessary to assist him in expeditiously obtaining a "mirror order" contemplated from the United Kingdom court. She otherwise submits herself and the Child to the jurisdiction of the Court in the United Kingdom for purposes of resolving the Child related issues raised by both Parties temporarily on an expedited basis, as well as permanently.

E. Both Parties shall cooperate in scheduling an expedited hearing in the United Kingdom custodial proceedings for purposes of resolving the Parties' requests to establish a Parenting Plan as well as the time/terms of the Mother's request to exercise her timesharing

King v. Asokan
Case No. 22-DR-010404
Mediated Settlement Agreement
Page 3

      with the Child in the United States as soon as possible, including on a temporary basis pending final resolution of both parties' claims, if the court in the United Kingdom will allow them to obtain such temporary relief pending a final hearing.

F. Paragraph E above is not intended to prevent or delay contact between either Parent and the Child pending permanent resolution of each Party's claims, and is not intended to prevent, delay, or allow, either parent to require the Child remain in the United Kingdom pending final resolution of both parents' claims. Rather, Paragraph E is intended by the parents to allow them to obtain a specific court order from a court of proper jurisdiction in the United Kingdom to resolve both parents' claims and defenses to all issues regarding the care, custody and control of their child, including a residential custody, a temporary and permanent timesharing plan/parenting plan, as well as relocation of the Child with the Mother to the United States or restrictions upon her ability to travel and/or relocate with the Child outside of the United Kingdom.

G. It is both Parties' intent and they therefore agree that both Parents shall have the exclusive choice to personally exercise his/her awarded timesharing with the Child in either the United Kingdom or the United States, upon such custodial terms and conditions as the United Kingdom court may order.

H. In the interim, the Mother agrees to return with the Child to the United Kingdom on or before at least two weeks prior to the hearing scheduled upon the Father and/or her claims/defenses to the custodial claims, and upon return of the Child to the United Kingdom for this purpose, the Father agrees to dismiss this Hague Petition by Agreed Upon Order Approving/Incorporating this Agreement.

3

King v. Asokan
Case No. 22-DR-010404
Mediated Settlement Agreement
Page 4

I. During the two weeks prior to the hearing taking place in the United Kingdom, the parties agree that this two-week time period shall be the Father's timesharing with the Child, with the understanding that the Child has been apart from the Father for approximately a year, and that the first week of the Father's timesharing should be used as a re-unification period, wherein the Parties contemplate that the Father shall visit with the Child daily for extended time periods, but not immediately overnight. The second week, they agree, he shall have the Child overnights. In the event they cannot agree upon a specific time/place, they shall act in good faith to work through counsel to establish a more specific timesharing schedule.

J. In the interim, both Parties agree that the other Parent shall have daily phone/video contact with the Child while he is with the other parent, upon a reasonable schedule that takes into consideration the Child's needs and the Child and Parents' work schedules.

K. Each Party shall keep the other Party immediately advised of his/her contact information, including a physical address and phone number to facilitate this contact, as well as drop off/pick up of the Child for timesharing.

L. At any time, if the Child appears to be in inconsolable distress during his time with the Father, he shall act in good faith to communicate with the Mother to allow her reasonable timesharing with the Child during his timesharing, should she so desire.

M. The Parties agree to cooperate in filing this Agreement, as well as any amendments or clarification thereof necessary to effectuate their intent as stated herein, or any other documentation necessary for the court in the United Kingdom to issue an order allowing enforcement of their Agreements stated herein, with the understanding that the United States courts do not have jurisdiction to do so.

King v. Asokan
Case No. 22-DR-010404
Mediated Settlement Agreement
Page 5

N. Upon return of the Child to the United Kingdom and dismissal of the Hague Petition, the Father agrees to waive his claims against the Mother for contribution towards his fees and costs incurred in this matter.

SO STIPULATED THIS 23RD DAY OF MARCH, 2023.

_____
Tyrone king (Mar 23, 2023 23:40 GMT)
**TYRONE KING**
Petitioner/Father

_____
Patricia M. Lee
PATRICIA M. LEE, ESQUIRE
Attorney for Petitioner/Father
Urban Their & Federer, P.A.
5782A S. Semoran Blvd.
Orlando, FL 32822
FBN: 949868
Phone: (407) 245-8352
Email: Lee@urbanthier.com

_____
Keerthi Asokan (Mar 23, 2023 18:18 CDT)
**KEERTHI ASOKAN**
Respondent/Mother

_____
Anthony G. Joseph
ANTHONY JOSEPH, ESQUIRE
Attorney for Respondent/Mother
Masters Law Group LLC
30 North LaSalle Street
Suite 2250
Chicago, IL 60602
Phone: (312) 609-1700
Email: ajoeph@master-lawgroup.com

_____
SEAN P. FLYNN
United States Magistrate Judge
~~Appointed Mediator~~

5