UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TYRONE C. KING,                  CASE NO: 8:23-cv-203-TPB-SPF
    Petitioner,
v.

KEERTHI ASOKAN,
    Respondent.
_____/

**<u>PETITIONER'S STATUS REPORT</u>**

COMES NOW the Petitioner/Father, TYRONE C. KING, by and through his undersigned attorney, and pursuant to Order of the Court dated August 31, 2023, hereby files this his Status Report, and informs the parties and the Court of the following:

1. The Parties are the parents of the minor child, T.A.A.K., born to Respondent/Mother, KEERTHI ASOKAN, xx/xx/2021, in London, England.

2. This cause is a Verified Petition for Return of the Child to the United Kingdom and Request for Issuance of Show Cause Order filed by the Petitioner/Father on or about December 21, 2022.

3. The Parties attended a Mediation Conference with the Honorable Judge Sean P. Flynn, United States Magistrate Judge, on the 7th and 8th days of March, 2023, with follow up negotiations thereafter.

4. Following Mediation, on or about March 23, 2023, the Parties came to a full resolution of the issues before the Court in the Hague Matter, as well as provisional agreements regarding timesharing with the Child to be submitted to a Court of appropriate jurisdiction in the United Kingdom. A copy of the parties' agreement was filed with the Court. Document 17. A court

order approving the parties' agreement and notice of closing the case upon expiration of sufficient time to comply with the agreement terms entered on March 24, 2023.

5. Said agreement provided for the Mother to return the child to the United Kingdom under certain terms and conditions, as specifically outlined in the parties' agreement.

6. Being unable to obtain the Mother's compliance with her obligation to return the Child to the United Kingdom, on or about May 23, 2023, the Father filed his Motion for Extension of Time to request re-opening of the case (for enforcement purposes), which was granted in part on May 26, 2023. Documents 19 and 22.

7. Still being unable to obtain the Mother's compliance with her obligation to return the Child to the United Kingdom, on or about June 9, 2023, the Father filed his Verifed Emergency Motion to Reopen Case, for enforcement purposes. Document 23.

8. The Court entered its order ex parte on the Father's motion on June 9, 2023, setting a date certain for hearing, in the event the Mother failed to return to the United Kingdom.

9. Upon inquiry, below signed counsel believes that the Mother has returned with the child to the United Kingdom, and that custodial litigation is pending between the parties in the United Kingdom in the Family Court at Birmingham, Case Number BM23P00149, wherein the court held a dispute resolution appointment on June 21, 2023.

10. On August 31, 2023, the Court directed the Petitioner to file a status report to advise the Court regarding the issues addressed in Petitioner's Verified Emergency Motion to Reopen Case.

11. <u>RULE 3.01(e & g):</u> In good faith effort to comply with the directions of the Court, below signed counsel has communicated with opposing counsel on August 31, 2023, and on the same date, sent copies of the most current order to the Petitioner/Father by email requesting a status

update. She again contacted the Petitioner/Father by email on September 7, 2023, requesting a status update for the Court.

12. Upon inquiry, the latest information obtained by both counsel is that the Mother has returned to the United Kingdom with the parties' child, and that the Birmingham Family Court is addressing the custodial issues raised by both parties.

13. Hearing no further information to the contrary after several inquiries to the Petitioner/Father, below signed counsel believes that no further action is required by this Court.

*Patricia M. Lee, Esquire*
PATRICIA M. LEE, ESQUIRE
Attorney for Petitioner/Father
Urban Their & Federer, P.A.
5782A S. Semoran Blvd.
Orlando, FL 32822
FBN: 949868
Phone: (407) 245-8352
Email: Lee@urbanthier.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been provided to the attorney for the Respondent/Mother by electronic transfer to:

ANTHONY JOSEPH, ESQUIRE
Attorney for Respondent/Mother
Masters Law Group LLC
30 North LaSalle Street
Suite 2250
Chicago, IL 60602
Phone: (312) 609-1700
Email: ajoeph@master-lawgroup.com

*Patricia M. Lee, Esquire*
PATRICIA M. LEE, ESQUIRE

3